Law Offices Of:
HARRISON & MATSUOKA

WILLIAM A. HARRISON    #2948
841 Bishop Street, Suite 800
Davies Pacific Center
Honolulu, Hawaii 96813
Telephone Number:   523-7041
Facsimile: 538-7579
E-mail:wharrison@hamlaw.net

Attorney for Defendant
SHAWN PADILLA

**LODGED**

APR 2 8 2004

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 9 2004

at __1__ o'clock and __5__ min. ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00496 (HG) |
| | ) |
| Plaintiff, | ) **TENTH STIPULATION TO MODIFY** |
| | ) **TERMS OF PRE-TRIAL SUPERVISION** |
| vs. | ) **AND ORDER** |
| | ) |
| SHAWN PADILLA (07) | ) |
| | ) |
| Defendant. | ) |
| | ) |

## TENTH STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER

Comes now the UNITED STATES OF AMERICA and Defendant

SHAWN PADILLA (hereinafter Defendant "PADILLA") above named, by and

through their respective counsel undersigned, and hereby stipulate and agree

that the condition of pre-trial supervision requiring Defendant PADILLA to

undergo electronic monitoring shall be modified.  Defendant PADILLA shall be

allowed to be free of the electronic monitoring requirement from April 28, 2004

until May 5, 2004 so that he may pick up machinery which was shipped to Kona,

and because of medical rehabilitation issues with his sponsor's family.

While in Kona he shall reside with Rozelle G. Graham.

**All other pre-trial conditions be and shall remain the same.**

DATED: at Honolulu, Hawaii, _____APR 2 9 2004_____.

_____
CHRIS THOMAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  Honolulu, Hawaii, April 28, 2004.

Law Offices Of:
HARRISON & MATSUOKA

_____
WILLIAM A. HARRISON
Attorney for Defendant
SHAWN PADILLA

_____
ALISON THOM
Pre-Trial Services

APPROVED AND SO ORDERED:

_____
KEVIN S.C. CHANG
JUDGE OF THE ABOVE-ENTITLED COURT

UNITED STATES OF AMERICA vs. SHAWN PADILLA; CR. NO. 03-00496HG; TENTH
**STIPULATION TO MODIFY TERMS OF PRE-TRIAL SUPERVISION AND ORDER**