EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00496-13 HG |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| BURTON PATAO,        (13) | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Burton Patao ("Defendant Patao") on the grounds that Defendant Patao was charged and sentenced in an Information, Cr. No. 04-00330 HG.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant Patao in the Indictment for Cr. No. 03-00496 HG after sentencing.

Defendant Patao was sentenced on February 17, 2005, to twenty-four (24) months confinement. Defendant Patao is currently not in custody, but he is to self-surrender on March 31, 2005.

DATED: Honolulu, Hawaii, FEB 1 8 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE

DATED: FEB 2 4 2005

United States v. Burton Patao
Cr. No. 03-00496-13 HG
"Order for Dismissal"

2